

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jesus Gaspar Cardoza,                    * From the 238th District Court
                                          of Midland County
                                          Trial Court No. CR47676.

Vs. No. 11-17-00124-CR                   * May 16, 2019

The State of Texas,                      * Memorandum Opinion by Bailey, C.J.
                                          (Panel consists of: Bailey, C.J.,
                                          Stretcher, J., and Wright, S.C.J.,
                                          sitting by assignment)
                                          (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there

is no error in the judgment below.  Therefore, in accordance with this court's

opinion, the judgment of the trial court is in all things affirmed.